UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | | |
|---|---|---|---|
| DOMINIQUE L. COLLINS | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | No. | 1:09-CR-92/1:11-CV-130 |
| | ) | | *Chief Judge Curtis Collier* |
| UNITED STATES OF AMERICA | ) | | |

## **MEMORANDUM**

Dominique L. Collins ("Collins") filed a motion pursuant to 28 U.S.C. § 2255 seeking a reduction of sentence "under the drug law that's being passed" (Criminal Court File No. 29).[1] Aside from the fact the motion appeared to be time-barred and that Collins failed to identify any grounds upon which he is seeking relief other than the above quoted statement in the relief section of the motion, it appeared that the signature on the motion was that of an individual named "Adrienne Denise Collins." (Criminal Court File No. 29). Therefore, on December 12, 2011, the Court directed the Clerk to send Collins the proper forms to file a sufficient motion pursuant to 28 U.S.C. § 2255 and ordered Collins to complete the § 2255 form motion and file it on or before Tuesday, January 17, 2012, if he wished to pursue relief under § 2255 (Criminal Court File No.33). Collins was notified that failure to comply with the Court's order would result in the dismissal of his insufficient § 2255 motion (Court File No. 33, p. 2).

---

[1] Each document will be identified by the Court File Number assigned to it in the underlying criminal case.

Subsequent to filing the § 2255 motion, a motion to reduce sentence pursuant to 18 U.S.C. § 3592(c)(2) was filed on Collins' behalf requesting a reduction in sentence under the retroactive application of Amendment 750 (Criminal Court File No. 32). The motion was granted and Collins' previously imposed sentence of imprisonment of 78 months was reduced to 60 months (Criminal Court File No. 35).

Collins has failed to return a sufficient § 2255 motion or file any type of response to the Court's order. Therefore, this action will be **DISMISSED** *sua sponte* for failure to comply with the orders of this Court. FED. R. CIV. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

An appropriate judgment will enter.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**